IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| KAY BELLAMY | : | CIVIL ACTION |
|---|---|---|
| | : | NO. 12-6618 |
| v. | : | |
| | : | |
| WATERFRONT SQUARE | : | |
| CONDOMINIUMS, et al. | : | |

## ORDER

AND NOW, this 19th day of February, 2013, upon consideration of defendants' motion to dismiss plaintiff's complaint (Dkt. No. 9) and plaintiff's response thereto (Dkt. No. 14), it is ORDERED that the motion is GRANTED IN PART and DENIED IN PART. Plaintiff's complaint is DISMISSED as follows:

1) Counts I and II of plaintiff's complaint are DISMISSED to the extent that they assert claims for hostile work environment. Plaintiff's claims for race discrimination and retaliation in Counts I and II of the complaint are not dismissed.

2) Count III of plaintiff's complaint is DISMISSED.

3) Count IV of plaintiff's complaint is DISMISSED.

Plaintiff is permitted to file an amended complaint alleging facts sufficient to support her dismissed claims on or before March 4, 2013.

                                                                         ___/s/ Thomas O'Neill_____
                                                                          THOMAS N. O'NEILL, JR., J.