IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAY BELLAMY | : | CIVIL ACTION |
| | : | NO. 12-6618 |
| v. | : | |
| | : | |
| WATERFRONT SQUARE | : | |
| CONDOMINIUMS & SPA, et al. | : | |

## ORDER

AND NOW, this 29th day of May, 2013, upon consideration of defendants' motion to dismiss plaintiff's amended complaint and for partial summary judgment (Dkt. No. 20) and plaintiff's response thereto (Dkt. No. 21), it is ORDERED that:

1) Defendants' motion to dismiss is GRANTED to the extent that it seeks dismissal of plaintiff's claims of gender-based discrimination and retaliation. Count III of plaintiff's amended complaint is DISMISSED.

2) Defendants' motion is DENIED AS MOOT to the extent that it seeks summary judgment with respect to Count IV of plaintiff's amended complaint. Count IV of plaintiff's amended complaint is DISMISSED with prejudice.

3) In all other respects defendants' motion is DENIED.

It is FURTHER ORDERED that on or before June 12, 2013 defendants shall file an answer to the claims remaining in plaintiff's amended complaint and the parties shall agree to a discovery schedule and submit same to the Court for approval.

                                          ___/s/ Thomas O'Neill_____
                                          THOMAS N. O'NEILL, JR., J.